1
2
3            UNITED STATES DISTRICT COURT
4                  DISTRICT OF NEVADA
5                        * * *
6    ROBERT JOHNSON,                Case No. 3:24-cv-00200-MMD-CSD
7                      Petitioner,
8        v.                                    ORDER
9    STATE OF NEVADA, *et al.*,
10                     Respondents.
11

12       Petitioner has filed an application to proceed *in forma pauperis* and a habeas
13   petition. (ECF No. 1.)

14       The matter has not been properly commenced because the pauper application
15   does not include all required attachments. Under 28 U.S.C. § 1915(a)(2) and Local Rule
16   LSR 1-2, a petitioner must attach both an inmate account statement for the past six
17   months and a properly executed financial certificate. Petitioner has not complied with
18   either requirement. The application is therefore incomplete.

19       In addition, the two grounds for relief alleged in the petition are not supported by
20   any factual details. Thus, even if the case had been properly commenced, it would be
21   subject to dismissal. *See Adams v. Armontrout*, 897 F.2d 332, 334 (8th Cir. 1990) (factual
22   details sufficient to support claims must be present on the face of the petition).

23       It is therefore ordered that the application to proceed *in forma pauperis* (ECF No.
24   1) is denied and that this action is dismissed without prejudice to the filing of a new petition
25   in a new action with a properly completed pauper application.

26   ///
27
28

It is further ordered that a certificate of appealability is denied as jurists of reason would not find the Court's dismissal of this improperly commenced action without prejudice to be debatable or incorrect.

It is further ordered that the Clerk of Court is directed to send petitioner two copies each of an application form to proceed in forma pauperis for incarcerated persons and a noncapital Section 2254 habeas petition form, one copy of the instructions for each form, and a copy of the papers that he submitted in this action.

The Clerk of Court is further directed to enter judgment accordingly and close this case.

DATED THIS 8th Day of May 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE